UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REDELK IRONHORSE THOMAS, etc.,

    Plaintiff,

vs.                                Case No. 3:08-cv-790-J-34HTS

STEPHEN C. CALVARESE,
Disability ALJ;
SOCIAL SECURITY ADMINISTRATION;
WILLIAM E. HORNE, JR.,

    Defendants.

## REPORT AND RECOMMENDATION[1]

On August 8, 2008, Plaintiff filed his Social Security Disability Civil Suit (Doc. #1) and Affidavit of Indigency (Doc. #2). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #7; Order), entered on September 10, 2008, at 1, the Court provided Plaintiff with an opportunity to file an amended complaint. *Id.* at 7. Mr. Thomas was cautioned that failure to do so within ten days might "result in a recommendation that this action be dismissed for lack of prosecution[.]" *Id*. Instead of amending the complaint, Plaintiff submitted objections, *see* Objection to Magistrate Ruling/Motion for De Novo Review by Chief

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

Judge Rule 59 FRCP, Title 28 U.S.C. 636 (Doc. #8), filed on September 16, 2008, which were subsequently overruled. *See* Order (Doc. #10), entered on September 22, 2008, at 2.[2]

Thereafter, Mr. Thomas appealed the district judge's ruling. *See* notice of appeal (Doc. #12), filed on October 20, 2008. Upon the appeal's resolution, *see* order (Doc. #15), entered on February 4, 2009, Plaintiff was afforded another "opportunity to comply with the Order[,]" and given until "February 20, 2009, to file an amended complaint." Order (Doc. #16), entered on February 10, 2009. He was warned that "[f]ailure to do so will result in a recommendation that this action be dismissed for lack of prosecution[.]" *Id*. As of this date, Plaintiff has filed no response.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 27th day of February, 2009.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

---

[2] After the Order was affirmed, *see* Order (Doc. #10), entered on September 22, 2008, at 3, Plaintiff again neglected to file an amended complaint. Thus, he was "directed to show cause within eleven (11) days . . . why it should not be recommended this case be dismissed for" lack of prosecution. Order (Doc. #11), entered on October 15, 2008 (emphasis and capitalization omitted). However, prior to the deadline's passage, Mr. Thomas filed an appeal.

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of record
    and pro se parties, if any